# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| BALKAMP, INC. and GENUINE PARTS COMPANY, | ) ) ) |
| Plaintiffs, | ) ) |
| -vs- | ) CAUSE NO. 1:20−cv−01141−JMS−MJD ) |
| HARBOR INDUSTRIES, INC., GA RICHARDS COMPANY and HARTFORD UNDERWRITERS INSURANCE COMPANY, | ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Come now the parties, by counsel, and hereby stipulate that the above-captioned matter should be dismissed, with prejudice, costs paid and each party to bear their own attorneys' fees, costs, and expenses.

LEWIS WAGNER, LLP

BY: /s/ Meghan E. Ruesch
MEGHAN E. RUESCH
*Attorney for Plaintiffs*

PLUNKETT COONEY, P.C.

BY: /s/ Elaine M. Pohl
ELAINE M. POHL
*Attorney for Defendant Hartford Underwriters Insurance Company*

HINSHAW & CULBERTSON LLP

BY: /s/ Jennifer Jay Kalas
JENNIFER JAY KALAS
*Attorney for Defendants Harbor Industries and GA Richards Company*