UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BALKAMP, INC. and GENUINE PARTS COMPANY, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| -vs- | ) CAUSE NO. 1:20−cv−01141−JMS−MJD<br>) |
| HARBOR INDUSTRIES, INC., GA RICHARDS COMPANY and HARTFORD UNDERWRITERS INSURANCE COMPANY, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER OF DISMISSAL

This matter came before the Court on the Stipulation of Dismissal filed herein by the parties.

And the Court, being duly advised in the premises now finds that said Stipulation should be granted [70].

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that this matter be, and it hereby is, dismissed with prejudice, costs paid, and each party to bear their own attorneys' fees, costs, and expenses.

Date: 4/30/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.